# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

—————————

**No. ACM 38987**

—————————

**UNITED STATES**
*Appellee*

**v.**

**Robert E. WOOTEN**
Technical Sergeant (E-6), U.S. Air Force, *Appellant*

—————————

Appeal from the United States Air Force Trial Judiciary

Decided 30 March 2017

—————————

*Military Judge:* Donald R. Eller, Jr.

*Approved sentence:* Bad-conduct discharge, confinement for 7 months, and reduction to E-3. Sentence adjudged 2 November 2015 by GCM convened at Royal Air Force, Lakenheath, United Kingdom.

*For Appellant:* Major Virginia M. Bare, USAF; Captain Patricia Encarnación Miranda, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before MAYBERRY, JOHNSON, and SPERANZA, *Appellate Military Judges.*

—————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

—————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court